No. 2182.—EL PUEBLO, APLDO., *v.* PORTO RICO RAILWAY, LIGHT & POWER CO., APLDA.—C. D. San Juan, Distrito 1°. Infracción de ordenanzas municipales. Junio 27, 1924. Examinada la transcripción y el alegato suplementario de la acusada, vistos los artículos 68 y 458 del Código de Enjuiciamiento Criminal, el caso de *El Pueblo* v. *Compañía Azucarera "El Ejemplo"*, 32 D.P.R. 6 y el informe del fiscal, se revoca la sentencia apelada por carecer la corte sentenciadora de jurisdicción.

No. 3317.—GANDÍA, APLTE., *v.* PLAZUELA SUGAR CO., APLDA. —C. D. San Juan, Distrito 2°. Daños y perjuicios. Junio 27, 1924. Visto el tomo 14 R.C.L. pág. 326, sección 28; 21 Id. pág. 440, sección 5; los casos de *Continental Jewelry Co.* v. *Pugh Bros.*, 53 So. 324; *Almada* v. *Vandecar*, 185 Pac. 907, *Chiles et al.* v. *H. Smith Commission Co.*, 216, S.W. 11, y la constante jurisprudencia de este tribunal en el sentido de que se presume que la sentencia apelada es correcta incumbiendo al apelante establecer los errores, *se confirma* la misma.

No. 2278.—EL PUEBLO, APLDO., *v.* DELGADO, APLTE.—C. D. Humacao. Asesinato en segundo grado. Junio 27, 1924. Celebrada la vista con la sola asistencia del fiscal, examinada la acusación, las instrucciones de la corte al jurado y la sentencia, sin aparecer que se haya cometido error alguno, no existiendo exposición del caso contentiva de la prueba practicada, se declara sin lugar el recurso y se confirma la sentencia.